LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

,

November 14, 2014

**VIA U.S. MAIL AND ECF**[1]

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY  10007

>  Re: *Ritchie Capital Management L.L.C. et al. vs. General Electric Capital Corporation*, No. 1:14-cv-08623 (S.D.N.Y.)

Dear Judge Engelmayer:

      We represent Defendant General Electric Capital Corporation ("GECC") in the above referenced matter.  The purpose of this letter is to notify the Court that GECC has moved before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate this and related actions pursuant to 28 U.S.C. § 1407.  Enclosed are copies of the following documents that were filed with the JPML on November 14, 2014:

1. Motion of Defendant GECC for Transfer and Consolidation of Actions, dated November 14, 2014;

2. Brief in Support of Defendant's Motion for Transfer, dated November 14, 2014;

3. Schedule of Actions;

4. Attachment to Schedule of Actions;

---

[1] Enclosures will be provided only in hard copy due to their large file size.

LATHAM&WATKINS LLP

5. Exhibits to Brief in Support of Defendant's Motion for Transfer, dated November 14, 2014;

6. Certificate of Service, dated November 14, 2014; and

7. Copies of the Complaints and docket sheets for each Action.

GECC intends shortly to file a motion to stay these proceedings, as appropriate, in light of the request now before the JPML.

Respectfully submitted,

/s/ Robert J. Malionek
Robert J. Malionek
of LATHAM & WATKINS LLP

Enclosures
cc: Clerk, Southern District of New York w/encls. (via U.S. Mail)
All Counsel of Record w/encls.