**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RITCHIE CAPITAL MANAGEMENT, L.L.C.,
RITCHIE CAPITAL MANAGEMENT, LTD.,           14 Civ. 08623 (PAE) (AJP)
RITCHIE SPECIAL CREDIT INVESTMENTS,
LTD., RHONE HOLDINGS II, LTD., YORKVILLE
INVESTMENT I, L.L.C., and RITCHIE CAPITAL
STRUCTURE ARBITRAGE TRADING, LTD.,

       Plaintiffs,

       v.

GENERAL ELECTRIC CAPITAL
CORPORATION,

       Defendant.

## NOTICE OF DEFENDANT GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION TO STAY

PLEASE TAKE NOTICE that upon the annexed Declaration of Robert J. Malionek, dated November 24, 2014, and the accompanying Memorandum of Law, the undersigned, on behalf of defendant General Electric Capital Corporation, hereby moves this Court, before the Honorable Paul A. Engelmayer, in Courtroom 1305 of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York for an Order staying all pretrial proceedings in this matter until the Judicial Panel on Multidistrict Litigation rules on defendant's pending motion to transfer and consolidate this action with three other actions pursuant to 28 U.S.C. § 1407.

Dated: November 24, 2014
New York, New York

Respectfully Submitted,

/s/ Robert J. Malionek
Robert J. Malionek
LATHAM & WATKINS LLP
robert.malionek@lw.com
885 Third Avenue
New York, New York 10012
Telephone:     (212) 906-1200
Facsimile:     (212) 751-4864

*Counsel for Defendant General
Electric Capital Corporation*