# Cole Schotz P.C.

900 Third Avenue, 16th Floor
New York, NY 10022-4728
212-752-8000   212-752-8393  fax

—
New Jersey
—
Delaware
—
Maryland
—
Texas

Leo V. Leyva
Member
Admitted in NY and NJ

Reply to New York Office
Writer's Direct Line: 646-563-8930
Writer's Direct Fax: 646-563-7930
Writer's E-Mail: lleyva@coleschotz.com

March 5, 2015

**Via Electronic Case Filing and Hand Delivery**

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **Ritchie Capital Management, L.L.C., et al. v. General Electric Capital Corporation; Civil Action No.: 14-cv-8623 (PAE) (AJP)**

Dear Judge Engelmayer:

    This Firm represents plaintiffs in connection with the above-referenced matter.  As the Court may recall, on February 5, 2015, Your Honor lifted the stay in this matter, and directed plaintiffs to file their complaint on or before February 27, 2015.  Due to a clerical error on our part, we mis-calendared the date to file the complaint.  We are in the process of reviewing and finalizing the complaint, and intend to file it as quickly as possible, but no later than March 11, 2015.  Accordingly, we respectfully request that the Court briefly enlarge the date to file the complaint to and including March 11, 2015.  We apologize for our error, and submit there is no prejudice to defendant as a result of our clerical error.  We contacted defense counsel regarding this request for a brief enlargement, and defense counsel advised they do not consent to this request.

    As always, the Court's time and consideration in greatly appreciated.

    Respectfully submitted,

    COLE SCHOTZ P.C.

    */s/Leo V. Leyva*

    Leo V. Leyva

cc:    All counsel via ECF